1  Sasha K. Danna (SBN 244462)
2  KIRKLAND & ELLIS LLP
   333 South Hope Street
3  Los Angeles, CA 90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5  Email:     sasha.danna@kirkland.com

6
   *Attorney for Defendant*
7  *Sage Products, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CINDY V. SALGADO and CINDY V. SALGADO, individually, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> SAGE PRODUCTS, LLC, <br><br> Defendant. | CASE NO. 14-cv-02093-WQH-NLS <br><br> Judge: Hon. William Q. Hayes <br><br> **SAGE PRODUCTS, LLC'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** <br><br> Complaint Filed: Sept. 8, 2014 <br> Amended Complaint: Sept. 16, 2015 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sage Products, LLC, states that it is owned by a single entity, Sage Products Holdings III, LLC. Two private corporations, TG SP Holdings Corp. and MDCP VI-C Sage Holdings, Inc., respectively, have indirect ownership interests of approximately 0.5% and 8.0% in Sage Products, LLC. No publicly traded corporation has an ownership interest in Sage Products, LLC. Rather, private equity funds associated with Madison Dearborn Partners have a majority indirect ownership interest in Sage Products, LLC.

A supplemental notice will be filed upon any change in the information provided herein.

DATED: March 10, 2016

KIRKLAND & ELLIS LLP,

s/ Sasha K. Danna

Attorney for Defendant Sage Products, LLC
E-mail: sasha.danna@kirkland.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed on March 10, 2016, in Los Angeles, California.

                                              KIRKLAND & ELLIS LLP,

                                              s/ Sasha K. Danna

                                              Attorney for Defendant Sage Products, LLC
                                              E-mail: sasha.danna@kirkland.com