1  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
2  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
3  San Francisco, California 94111-4006
   Tel:    (415) 315- 6300
4  Fax:    (415) 315-6350

5  Attorneys for Defendant
   SAGE PRODUCTS, LLC

6

7                        UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA ex rel.,         Case No. 14-CV-02093-WQH-NLS
   CINDY V. SALGADO and CINDY V.
10 SALGADO, individually,                    **RULE 7.1 DISCLOSURE
                                             STATEMENT**
11              Plaintiffs,
          v.
12
   SAGE PRODUCTS, LLC,
13
                Defendant.
14

15

16       Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Sage Products, LLC ("Sage

17 Products"), by and through the undersigned attorney, makes the following disclosure:

18       1.    Sage Products' ultimate parent corporation is Stryker Corporation, a publicly held

19 corporation traded on the New York Stock Exchange.

20       2.    No publicly held corporation owns 10% or more of Stryker Corporation's stock.

21

22

23

24

25

26

27

28
                                                          **Rule 7.1 Disclosure Statement
                                                          Case No. 14cv2093**

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: May 13, 2016 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

Respectfully submitted,

Dated: May 13, 2016                    ROCKY C. TSAI
                                       ROPES & GRAY LLP


                                       By:   /s/ Rocky C. Tsai /s/
                                             Rocky C. Tsai

                                             Attorneys for Defendant
                                             SAGE PRODUCTS, LLC

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is Ropes & Gray, LLP, Three Embarcadero Center, San Francisco, California, 94111-4006.

On May 13, 2016, I served the foregoing document(s) entitled:

**RULE 7.1 DISCLOSURE STATEMENT**

☒ **BY CM/ECF TRANSMISSION:** In accordance with the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court, Southern District of California, this document will be sent electronically to all registered participants identified on the Notice of Electronic filing, and paper copies will be sent to those indicated as non-registered participants on May 13, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2016 at San Francisco, California.

/s/ Rocky C. Tsai_____