UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., CINDY V. SALGADO and CINDY V. SALGADO, individually,<br><br>Plaintiffs,<br>v.<br>SAGE PRODUCTS, LLC,<br><br>Defendant. | CASE NO. 14-CV-02093-WQH NLS<br><br>**ORDER OF DISMISSAL**<br><br>JUDGE: William Q. Hayes<br>COURTOOM: 14B |

**14cv2093WQH(NLS)**

Having reviewed Relator's Notice of Voluntary Dismissal and the consent thereto filed by the United States and the states listed below, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice as to Cindy V. Salgado, individually and as relator.

2. This action is dismissed without prejudice as to the United States, Arkansas, California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana Medical Assistance Programs, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Wisconsin.

Dated: December 5, 2016

Hon. William Q. Hayes
United States District Court